# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DIAZ, et al., | CASE NO. CV-F-05-1637 LJO |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| CONWAY TRANSPORTATION SERVICES, INC., | |
| Defendant. _____/ | |
| AND RELATED COUNTER ACTION _____/ | |

On October 9, 2006, counsel filed a Notice of Settlement in the above-captioned matter. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than October 25, 2006, to file papers to dismiss this action in its entirety.

**All court dates** and any other pending matters in this action, including the November 16, 2006 pretrial conference and the January 9, 2007 trial date, are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.  *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:     October 10, 2006**           /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE