STEVEN C. KIRBY, CSB 80267
MARGARET L. KIRBY, CSB 86247
AIMEE E. KIRBY, CSB 216909
KIRBY, KIRBY & KIRBY
2614 Artesia Boulevard
Redondo Beach, California 90278
(310) 372-8429     Telephone
(310) 372-7660     Facsimile

B. ROBERT ALLARD, ESQ.
CORSIGLIA, McMAHON & ALLARD, LLP
96 North Third Street, Suite 620
San Jose, CA 95112-5572
(408) 298-7200     Telephone
(408) 298-7202     Facsimile

Attorney for Plaintiffs,
KAREN DIAZ, JOSE R. DIAZ and VINCENTE GONZALES DIAZ

FILED
NOV 1 3 2006
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DIAZ, JOSE R. DIAZ and VINCENTE GONZALES DIAZ,<br><br>Plaintiffs,<br>vs.<br><br>CFN, NC., CON-WAY TRANSORTATION SERVICES, INC., a Delaware Corporation and MICHAEL ALAN REESE, and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO: CV-F-05-1637 LJO<br><br>~~PROPOSED~~ ORDER |

1

HAVING READ AND APPROVED THE STIPULATION OF DISMISSAL, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety.

---

DATED: Nov 13, 2006     By: *[signature]*
HONORABLE JUDGE

6/12    11-13-2006    01:43:36 p.m.    KIRBY KIRBY AND KIRBY    310376253B